

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 09 2022

CAROL L. MICHEL
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Terry L. Jones Jr.

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. **22-1753**

SECTION **SECT. R MAG. 2**

versus

Maryland Wallce
Timothy Ellender JR.

_____

_____

_____

Print the full name of all defendants in this
action.
**DO NOT WRITE** *et al.*

COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes ( )  No (X)

TENDERED FOR FILING

JUN 0 9 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

✓ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc.No. _____

B.    If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.    Parties to the previous lawsuit

           Plaintiffs    _____

                                   _____

           Defendants    _____

                                   _____

       2.    Court (If federal court, name of the district court; if state court, name the parish.)
           _____

       3.    Docket Number _____

       4.    Name of judge to whom case was assigned _____

           _____

       5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

           _____

       6.    Approximate date of filing lawsuit _____

       7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (X)

    If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

    _____
    _____
    _____

II.    PLACE OF PRESENT CONFINEMENT: _T. P. C. J. C._____

A.    Is there a prisoner grievance procedure in this institution?
Yes (X)  No ( )

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )  No (X)

C.    If your answer is "yes",

       1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: _____
*Because this is a court room matter*
_____
_____

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) TERRY L Jones Jr.

Prisoner Number 64578 Jail #

Address T.P.C.J.C.

Date of Birth 11/25/81

Date of Arrest 11/14/21

Date of Conviction 4/13/21

3

**IMPORTANT:** In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _Garyland Wallace_ is employed as _Public Defender_ at _____

Address for service: _____

C.  Defendant _Timothy Ellender_ is employed as _Judge_ LA at _78 56 Main St Houma_

Address for service: _LA. 70360_

D.  Defendant _____ is employed as _____

_____ at _____

Address for service: _____

E.  Defendant _____ is employed as _____

_____ at _____

Address for service: _____

F.  Defendant _____ is employed as _____

_____ at _____

Address for service: _____

G.  Defendant _____ is employed as _____

_____ at _____

Address for service: _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_I was tricked into a felony conviction by Judge Timothy Ellender and Public Defender Garland Wallace by being lead to believe I was pleaing out to a misdemeanor probation that in fact at a latter date I found out the conviction that was a felony. I believe the means of trickery_

4

was by the promise of release And no
felony on my record.

V.    **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases
or statutes.)

I want $200,000 to compensate
my lost wages due to the loss of
jobs because of the felony conviction
I never plead to. I had jobs
remodling houses and when the home
owners found out I had a
current felony conviction in the
last few years I was denied
work, this is due to the trickery.

VI.  Plaintiff's Declaration

1)      I declare under penalty of perjury that all facts represented in this complaint and any attachments
        hereto are true and correct.

2)      I understand that if I am released or transferred, it is my responsibility to keep the Court informed of
        my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)      I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three
        or more civil actions in a court of the United States while incarcerated or detained in any facility that
        were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon
        which relief may be granted, unless I am under imminent danger of serious physical injury.

4)      I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the
        entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my
        inmate account by my custodian in installment payments as prescribed by law.

Signed this ___2___ day of ___June_____, 20_22_

Terry Jones
(Signature of Plaintiff)

10/2015

